IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| I PEE HOLDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-1564 (AJT/TCB) |
| ) | |
| VIRGINIA TOY AND ) | |
| NOVELTY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Currently pending before the Court is Plaintiff I Pee Holding, LLC's Motion to Enforce Settlement [Doc. 184] (the "Motion").

On February 14, 2020, after participating in a settlement conference before Magistrate Judge Theresa Buchanan, the parties reached a negotiated settlement of the claims raised in this action. On April 15, 2020, Plaintiff filed the Motion, arguing that Defendants Virginia Toy and Novelty Company ("VTC") and Ace Gift & Craft (Ningbo) Co., Ltd. ("ACE") were attempting to re-negotiate or continue to negotiate the final settlement terms agreed to at the February 14, 2020 settlement conference. [Doc. 184-2] ¶ 10. On April 29, 2020, Defendants opposed the Motion [Doc. 187]; and on May 5, 2020, Plaintiff filed a reply [Doc. 188]. Thereafter, the Motion was referred to Magistrate Judge Buchannan.

On May 5, 2020, Magistrate Judge Buchannan issued a Report and Recommendation [Doc. 189] (the "Report"), recommending that the Court (1) grant Plaintiff's Motion to the extent it enforces the settlement terms as memorialized in Magistrate Judge Buchannan's notes from the settlement conference; (2) dismiss the action with prejudice, with each side to bear its own costs

and attorneys' fees; and (3) enter the parties' settlement terms, attached to the Report as Exhibit A, with the settlement amount redacted (or filed under seal as an exhibit). Report at 5. The Report also advised each party of their right to file any written objections to the Report's findings and recommendations. The Court has received no objections to the Report, and the time for filing the same has expired.

Upon having conducted a *de novo* review of the record, the Court **ADOPTS** the findings and recommendations set forth in the Report. Accordingly, it is hereby

ORDERED that Plaintiff I Pee Holding, LLC's Motion to Enforce Settlement [Doc. 184] be, and the same hereby is **GRANTED** under the settlement terms attached hereto as Exhibit A; and it is further

ORDERED that this action be, and the same hereby is, **DISMISSED** with prejudice, with each side bearing their own costs and attorneys' fees.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 26, 2020